# Indictment Synopsis

*Defendant requires Spanish language interpreter. *

| | |
|---|---|
| **Name:** | Juan Pablo Clabijo Tacuri |
| **Address:** (City & State Only) | Milford, MA |
| **Year of Birth and Age:** | 1987/37 years old |
| **Violations:** | Count 1: Illegal Re-entry of Alien after Prior Deportation |
| **Penalties:** | Count 1: Imprisonment of not more than two years (8 U.S.C. § 1326(a)) and/or a fine not to exceed $250,000 (8 U.S.C. §1326(b)(2), 18 U.S.C. §3571(b)(3)). <br><br>This is a Class E felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: One year less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Attorney Robert Levine |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Border Patrol Agent Derek Wilcox |
| **Detention Status:** | Held in Stafford County Correctional Center (New Hampshire) |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Yes, declined notification request |
| **County:** | Cumberland |

| | |
|---|---|
| **AUSA:** | Anne Yereniuk |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |